## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Maria Villa-Cortez, Xochitl Vargas, and Agustina Trujillo-Villegas individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Altak, Inc. and Miko Kabeshita, individually, Defendants | Case No. 1:15-cv-00725<br>Judge: Hon. Robert M. Dow, Jr.<br>Magistrate: Hon. Sheila Finnegan |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs, and the Settlement Class, through counsel, move this Honorable Court to grant final approval of the Settlement Agreement reached in this matter. In support, Plaintiffs also submit a supporting Memorandum of Law and request this Honorable Court enter an Order Granting Final Approval of Settlement.

Respectfully submitted on Friday, October 07, 2016.

_____
**Valentin T. Narvaez**
Plaintiffs' Counsel
vnarvaez@yourclg.com

Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Phone: 312-878-1302